FILED

2016 JUL -1  PM 1:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 16- **C R 16- 0460** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(ii), (iii): Unauthorized Access to a Protected Computer to Obtain Information] |
| EDWARD J. MAJERCZYK, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(ii), (iii)]

1.    Apple, Inc. ("Apple"), located in Cupertino, California, operates computers used by subscribers all over the world in interstate and foreign commerce and communications.  One of the services that Apple provides to its customers is "iCloud," a "cloud" computing back-up system for subscriber data.  Photographs and videos taken on Apple iPhones and other digital devices can be automatically backed up to the iCloud, making them accessible to users on the Internet.

2.    Google, Inc. ("Google"), located in Mountain View, California, operates computers used by subscribers all over the world in interstate and foreign commerce and communications.  One of the

services that Google provides to its customers is Gmail, an e-mail service.

3.    Between on or about November 23, 2013, and August 31, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDWARD J. MAJERCZYK, knowingly, intentionally, and in furtherance of criminal and tortious acts, namely, Grand Theft, in violation of California Penal Code Section 487, and the California State torts of Invasion of Privacy and Intrusion upon Seclusion, accessed without authorization and in excess of authorization Apple iCloud and Gmail accounts, which were maintained on protected computers as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), belonging to more than 300 victims, including female celebrities residing within the Central District of California, and thereby obtained complete iCloud backups,

///

///

2

photographs, and other private information, the value of which exceeded $5,000.


EILEEN M. DECKER
United States Attorney

*Patricia A. Donahue*

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division

TRACY L. WILKISON
Assistant United States Attorney
Chief, Cyber and Intellectual
   Property Crimes Section

STEPHANIE CHRISTENSEN
Assistant United States Attorney
Deputy Chief, Cyber and
   Intellectual Property Crimes
   Section

RYAN WHITE
Assistant United States Attorney
Deputy Chief, General Crimes

VICKI CHOU
Assistant United States Attorney
Cyber and Intellectual Property
   Crimes Section